[Nos. 64403-3-I; 64502-1-I.   Division One.   April 4, 2011.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant*, v. DARRELL W. COOLEY ET AL., *Defendants*, D SQUARE ENERGY SYSTEMS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-09504-5, Jim Rogers, J., entered September 30, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 64496-3-I.   Division One.   April 4, 2011.]

LORA PETSO, *Respondent*, v. THE CITY OF EDMONDS, *Respondent*, BURNSTEAD CONSTRUCTION COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-08017-0, Anita L. Farris, J., entered November 17, 2009. *Remanded* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 64676-1-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS WILLIAM COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02205-4, Sharon S. Armstrong, J., entered December 9, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64835-7-I.   Division One.   April 4, 2011.]

WESTERN NATIONAL ASSURANCE COMPANY, *Appellant*, v. PUGET SOUND ENERGY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-02383-7, Dave Needy, J., entered January 4, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Becker, J.